UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 16-41 (SDW) |
| PHILIP CHARLES DE GRUCHY | : | O R D E R |

This matter having been opened to the Court on the joint application of Philip Charles de Gruchy (Wanda M. Akin, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie F. Schwartz, Assistant U.S. Attorney, appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature and duration of the alleged fraud as well as the extent of the discovery, which involves hundreds of thousands of pages of documents, including, among other things, significant bank records, invoices, emails, and state court litigation materials, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. The original indictment was superseded on or about October 6, 2016 to add six additional counts charging defendant de Gruchy with subscribing to false individual and corporate tax returns. An arraignment on the Superseding Indictment was held on October 28, 2016. Subsequent to the arraignment, at defense counsel's request, the government reproduced and

provided to present defense counsel extensive discovery that had previously been provided to prior defense counsel. Counsel for defendant de Gruchy has indicated that, especially in light of the recent death of codefendant Barbara Brown, counsel needs additional time to review discovery, to determine whether certain expert testimony may be needed, to comply with the government's requests for discovery and to file defendant de Gruchy's pretrial motions which are currently due on September 1, 2017. A failure to grant a continuance would deny both defendants and the government the reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence by new counsel, the complex nature of the case, and the newly added charges; and

3. The ends of justice served by a continuance in this matter until November 30, 2017 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___5th___ day of ~~August~~ September, 2017,

ORDERED that this matter is continued until November 30, 2017 and that the period of time from August 14, 2017 through November 30, 2017 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).

HON. SUSAN D. WIGENTON
United States District Judge

Consented to as to form and substance:

_____
Leslie Schwartz
Assistant United States Attorney
District of New Jersey


_____

Wanda M. Akin, Esq.
Attorney for Defendant Philip Charles de Gruchy